Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Suite 3
Freehold, NJ 07728
(732) 333-0681
Attorney for Debtor

_____

IN RE:

  David M. Christensen

              Debtor.
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  21-11137 (MBK)

**AMENDED CERTIFICATION OF
DAVID M. CHRISTENSEN**

      David M. Christensen, of full age, hereby certifies as follows:

      1.    I am the debtor with respect to the within case and I am making this amended Certification in support of the within Motion for an Order authorizing the sale of my real property located at 1725 3rd Avenue, Toms River, New Jersey ("The property").

      2.    My prior Certification contained an error that I wish to correct.

      3.    I wish to close on the sale of the property on July 9, 2024 and not June 9, 2024, since the buyer's mortgage rate lock will expire on July 10, 2024 and the buyer is demanding that I pay his fees to extend his mortgage rate lock if the closing takes place after that date.

      4.    My real estate attorney is returning from vacation on July 8, 2024 and will be available to close on July 9, 2024.

      5.    For the foregoing reasons, I respectfully request that the Court enter an Order authorizing the sale of the property so that the closing can take place on July 9, 2024.

      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  June 28, 2024                    /s/ David M. Christensen__
                                                   DAVID M. CHRISTENSEN