UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Frances A. Tomes, Esq.

Tomes Law Firm, PC

17 Broad Street

Suite 3

Freehold, NJ 07728

(732) 333-0681

Attorney for Debtor

Order Filed on June 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:   21-11137 |
| David M. Christensen | Chapter:   13 |
| | Judge:   Kaplan |

### ORDER SHORTENING TIME PERIOD FOR NOTICE,
### SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 28, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of Frances A. Tomes, Esq. for a reduction of time for a hearing on Debtor's Motion to Sell under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 3, 2024__ at ___12:30_ in the United States Bankruptcy Court, __via Zoom (see Paragraph 9)_____, Courtroom No.     n/a    .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __the Chapter 13 Trustee, Secured Creditor, UST_____

_____

by X each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, X email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to
_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

2

7. Any objections to said motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8. ☒ Court appearances via Zoom are required to prosecute said motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. The hearing will be conducted remotely via Zoom. The parties are directed to the Zoom Link for Judge Kaplan's Remote Hearings, which is available on Judge Kaplan's page on the Court's website: www.njb.uscourts.gov/content/honorable-michael-b-kaplan

*Rev.2/1/16*