UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:  CASE NO.: 21-11137
CHAPTER 13

**David M. Christensen,**
  Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA   30004**

    Robertson, Anschutz, Schneid, Crane
    & Partners, PLLC
    Attorney for Secured Creditor
    13010 Morris Road, Suite 450
    Alpharetta, GA   30004
    Telephone: (470) 321-7112
    Facsimile: (404) 393-1425

    By: /s/Sherri Dicks
        Sherri Dicks
        Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DAVID M. CHRISTENSEN
1725 THIRD AVE
TOMS RIVER, NJ 08757-3510

And via electronic mail to:

TOMES LAW FIRM, PC
17 BROAD STREET, SUITE 3
FREEHOLD, NJ 07728

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill