UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Suite 3
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

David M. Christensen

Case No.: 21-11137

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, ___Frances A. Tomes, Esq.___ :

    ☒ represent ___debtor___ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ___8/31/2024___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Application for Retention of Professional

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/6/2024

/s/ Frances A. Tomes, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hinshaw & Culbertson LLP<br>800 Third Avenue<br>13th Floor<br>New York, NY 10022 | Attorneys for secured creditor, Fay Servicing | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487 | Attorneys for secured creditor, U.S. Bank Trust National Assoc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadephia, PA 19106 | Attorneys for secured creditor, U.S. Bank Trust National Assoc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Keybank<br>4910 Tiederman Road<br>Brooklyn, OH 44144 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Selen Finance<br>3501 Olympus Blvd.<br>Dallas, TX 75019 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Keller Williams Realty<br>353 N County Line Road<br>Jackson, NJ 08527 | Realtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*