UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Suite 3
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

David M. Christensen

| | |
|---|---|
| Case No.: | 21-11137 |
| Chapter: | 13 |
| Adv. No.: | _____ |
| Hearing Date: | _____ |
| Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.  I, _____Frances A. Tomes, Esq._____ :

    ☒ represent _____debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____8/31/2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Application for Retention of Professional

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___9/6/2024_____          /s/ Frances A. Tomes, Esq._____
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hinshaw & Culbertson LLP<br>800 Third Avenue<br>13th Floor<br>New York, NY 10022 | Attorneys for secured creditor, Fay Servicing | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487 | Attorneys for secured creditor, U.S. Bank Trust National Assoc. | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadephia, PA 19106 | Attorneys for secured creditor, U.S. Bank Trust National Assoc. | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Keybank<br>4910 Tiederman Road<br>Brooklyn, OH 44144 | Secured Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Selen Finance<br>3501 Olympus Blvd.<br>Dallas, TX 75019 | Secured Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RE/MAX Revolution<br>1700 Grand Central Avenue<br>Lavalette, NJ 08735 | Realtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*