UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Suite 3
Freehold, NJ 07728
(732) 333-0681
Attorney for Debtor

Order Filed on September 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
David M. Christensen

Case No.: 21-11137
Chapter: 13
Judge: Michael B. Kaplan

**ORDER AUTHORIZING RETENTION OF**

RE/MAX Revolution/Colette Gioia

The relief set forth on the following page is **ORDERED**.

**DATED: September 10, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __RE/MAX Revolution/Colette Gioia__ as __debtor's real estate agent__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: RE/MAX Revolution
   1700 Grand Central Avenue
   Lavalette, NJ 08735

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
David M. Christensen  
    Debtor

Case No. 21-11137-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # David M. Christensen, 1725 Third Ave, Toms River, NJ 08757-3510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Debtor David M. Christensen ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;christinerk@tomeslawfirm.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank Trust National Association kborger@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Sep 10, 2024     Form ID: pdf903     Total Noticed: 1

Melissa N. Licker
     on behalf of Creditor Fay Servicing  LLC mlicker@hinshawlaw.com

Sherri R. Dicks
     on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com shrdlaw@hotmail.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8