Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  21−11137−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David M. Christensen
   1725 Third Ave
   Toms River, NJ 08757−3510

Social Security No.:
   xxx−xx−2684

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 14, 2024.

Dated: November 14, 2024
JAN: wiq

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
David M. Christensen  
Debtor

Case No. 21-11137-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3  
Date Rcvd: Nov 14, 2024 | Form ID: plncf13 | Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | David M. Christensen, 1725 Third Ave, Toms River, NJ 08757-3510 |
| r | + | Colette Gioia, RE/MAX Revolution, 1700 Grand Central Ave, Lavallette, NJ 08735-2432 |
| r | + | Jennifer Gisis, Keller Williams Realty, 353 N County Line Rd, Jackson, NJ 08527-4426 |
| 519112591 | | Carecentriz c/o REVCO Solutions, PO Box 16379, Columbus, OH 43216-3279 |
| 519112588 | | Fay Servicing, PO Box 8809, Chicago, IL 60680-1009 |
| 519112586 | + | Keybank/usb Cc, Attn: Bankruptcy, 4910 Tiederman Rd, Brooklyn, OF 44144-2338 |
| 519112587 | + | Ocwen/Fay Servicing, Attm: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 519112599 | + | St of NJ Treasurer, NJ State Parole Board, Attn: Fiscal Unit, POB 862, Trenton, NJ 08625-0862 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 14 2024 20:49:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 14 2024 20:48:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 519161761 | + | Email/Text: g17768@att.com | Nov 14 2024 20:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519112589 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 20:57:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519120975 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 20:56:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519112590 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 20:57:34 | Capital One/Boscovs, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519112592 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:57:31 | Citi/Best Buy, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 519112593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:56:01 | Citi/Sears, Citibank/Centralized Banking, PO Box 790034, St Louis, MO 63179-0034 |

Case 21-11137-MBK    Doc 64    Filed 11/16/24    Entered 11/17/24 00:15:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: plncf13 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 519165941 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:56:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519112594 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2024 20:49:00 | IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 519112595 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2024 20:48:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519112596 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 20:55:09 | Mavis Tire/Synchrony Car Care, PO Box 960061, Orlando, FL 32896-0061 |
| 519121533 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519112597 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 20:50:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Rein Ste 100, San Diego, CA 92108-3007 |
| 519112598 | + | Email/Text: clientservices@simonsagency.com | Nov 14 2024 20:50:00 | Simon's Agency, Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 519113173 | ^ | MEBN | Nov 14 2024 20:46:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519112600 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 20:56:38 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519112601 | | Email/Text: bankruptcy@td.com | Nov 14 2024 20:50:00 | TD Bank NA, 32 Chestnut St, PO Box 1377, Lewiston, ME 04240-7744 |
| 519125081 | ^ | MEBN | Nov 14 2024 20:46:44 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520124357 | + | Email/Text: bkteam@selenefinance.com | Nov 14 2024 20:49:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 520323189 | + | Email/Text: RASEBN@raslg.com | Nov 14 2024 20:48:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520124358 | + | Email/Text: bkteam@selenefinance.com | Nov 14 2024 20:49:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 519186550 | ^ | MEBN | Nov 14 2024 20:44:54 | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 519164409 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 20:55:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519112602 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 14 2024 20:48:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Debtor David M. Christensen ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;christinerk@tomeslawfirm.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank Trust National Association kborger@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com |
| Melissa N. Licker | on behalf of Creditor Fay Servicing LLC mlicker@hinshawlaw.com |
| Sherri R. Dicks | on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8