# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 17 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## CHANGE OF ADDRESS FORM

This form is to be used to **change** the address of a party to a bankruptcy or an adversary proceeding ONLY. A debtor who wishes to **add** a creditor not previously listed in his schedules must file an Amendment to Schedule D, E & F and submit a fee of $30.00.

Debtor's name: DAVID M CHRISTENSEN  Case number: 21-11137/MBK

Party's name/type: ~~US BANK TRUSS~~, N
(Example: John Smith, creditor)

Old address: 1725 3RD AVE
TOMS RIVER, NJ. 08757

New address: 12 DUXBURY RD
TOMS RIVER, N.J. 08757

New phone no: 908-910-4652

I hereby certify under penalty of perjury that the above information is correct. If a debtor, I am aware that it is my responsiblity to notify the Trustee and any affected party of my change of address.

Date: 14 DEC 2024

Signature: /s/ D.M.C.

DAVID M. CHRISTENSEN
12 DUXBURY RD
TOMS RIVER N.J. 08757

TRENTON NJ 085
16 DEC 2024 PM 4 L

08608-150705

CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT
402 EAST STATE STREET
TRENTON, N.J. 08608

