**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David M. Christensen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2684<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–11137–MBK | |

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David M. Christensen

<u>5/15/25</u>                                                                      **By the court:** <u>Michael B. Kaplan</u>
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 21-11137-MBK

David M. Christensen                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 3

Date Rcvd: May 15, 2025           Form ID: 3180W            Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Christensen, 12 Duxbury Rd., Toms River, NJ 08757-6351 |
| r | + | Colette Gioia, RE/MAX Revolution, 1700 Grand Central Ave, Lavallette, NJ 08735-2432 |
| sp | + | Frederic Goetz, 147 Main Street, Hackensack, NJ 07601-7124 |
| r | + | Jennifer Gisis, Keller Williams Realty, 353 N County Line Rd, Jackson, NJ 08527-4426 |
| 519112591 | | Carecentriz c/o REVCO Solutions, PO Box 16379, Columbus, OH 43216-3279 |
| 519112588 | | Fay Servicing, PO Box 8809, Chicago, IL 60680-1009 |
| 519112587 | + | Ocwen/Fay Servicing, Attm: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 519112599 | + | St of NJ Treasurer, NJ State Parole Board, Attn: Fiscal Unit, POB 862, Trenton, NJ 08625-0862 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | May 15 2025 21:07:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170 |
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2025 21:06:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 519161761 | + | EDI: ATTWIREBK.COM | May 16 2025 00:51:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519112589 | + | EDI: CAPITALONE.COM | May 16 2025 00:51:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519120975 | + | EDI: AIS.COM | May 16 2025 00:51:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519112590 | + | EDI: CAPITALONE.COM | May 16 2025 00:51:00 | Capital One/Boscovs, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519112592 | | EDI: CITICORP | May 16 2025 00:51:00 | Citi/Best Buy, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 519112593 | + | EDI: CITICORP | May 16 2025 00:51:00 | Citi/Sears, Citibank/Centralized Banking, PO Box 790034, St Louis, MO 63179-0034 |
| 519165941 | | EDI: CITICORP | May 16 2025 00:51:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

| | | | |
|---|---|---|---|
| 519112594 | EDI: IRS.COM | May 16 2025 00:51:00 | SD 57108-5027<br>IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 519112586 | ^ MEBN | May 15 2025 21:01:06 | Keybank/usb Cc, Attn: Bankruptcy, 4910 Tiederman Rd, Brooklyn, OF 44144-2338 |
| 519112595 | + EDI: CAPITALONE.COM | May 16 2025 00:51:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519112596 | EDI: SYNC | May 16 2025 00:51:00 | Mavis Tire/Synchrony Car Care, PO Box 960061, Orlando, FL 32896-0061 |
| 519121533 | + Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 21:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519112597 | + Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 21:08:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Rein Ste 100, San Diego, CA 92108-3007 |
| 519112598 | + Email/Text: clientservices@simonsagency.com | May 15 2025 21:09:00 | Simon's Agency, Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 519113173 | ^ MEBN | May 15 2025 21:02:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519112600 | + EDI: SYNC | May 16 2025 00:51:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519112601 | + EDI: TDBANKNORTH.COM | May 16 2025 00:51:00 | TD Bank NA, 32 Chestnut St, PO Box 1377, Lewiston, ME 04240-7744 |
| 519125081 | ^ MEBN | May 15 2025 21:02:19 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520124357 | + Email/Text: bkteam@selenefinance.com | May 15 2025 21:07:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 520323189 | + Email/Text: RASEBN@raslg.com | May 15 2025 21:06:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520124358 | + Email/Text: bkteam@selenefinance.com | May 15 2025 21:07:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 519186550 | ^ MEBN | May 15 2025 21:00:31 | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 519164409 | + EDI: AIS.COM | May 16 2025 00:51:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519112602 | EDI: VERIZONCOMB.COM | May 16 2025 00:51:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: 3180W | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Debtor David M. Christensen ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;bkteam@tomeslawfirm.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank Trust National Association kborger@raslg.com |
| Melissa N. Licker | on behalf of Creditor Fay Servicing LLC mlicker@hinshawlaw.com |
| Sherri R. Dicks | on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8